ADAM PAUL LAXALT
  Attorney General
ROBERT DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAMARR ROWELL, | Case No. 3:17-cv-00307-RCJ-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| JAMES E. DZURENDA, et al., | |
| Defendants. | |

Plaintiff, appearing in proper person, and Defendant Dr. Kim Adamson, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his or her own costs.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 3 day of May, 2018

By: /s/ Lamarr Rowell
LAMARR ROWELL
*Plaintiff, Pro Se*

DATED this 3rd day of May, 2018

OFFICE OF THE ATTORNEY GENERAL

By: /s/ Robert W. DeLong
ROBERT W. DELONG
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED May 9, 2018.

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of May, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Lamarr Rowell, #61987
Stewart Conservation Camp
1721 Snyder Ave.
PO Box 5005
Carson City, NV 89702

/s/ Laurie Penny
An employee of the
Office of the Attorney General